**Order entered April 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01235-CV

**DAVID ALAN SHEPHERD, Appellant**

**V.**

**LAWRENCE MITCHELL, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-07702**

## ORDER

The clerk's record in this appeal consists of two volumes, a one-volume record filed December 16, 2014 and a supplemental record filed February 10, 2015. On January 9, 2015, we mailed appellant, an inmate appearing pro se, a copy of the December 16th record. Our records, however, do not reflect we mailed him a copy of the supplemental record. Stating he has a copy of the supplemental record but not the "one-volume record," appellant has filed a motion for a copy of that record. Because our records reflect otherwise, we **GRANT** the motion to the extent we **DIRECT** the Clerk of the Court to mail a copy of the February 10th supplemental clerk's record to appellant.

We note appellant's amended brief is overdue. On March 27, 2015, appellant filed an "unsworn declaration" stating he had mailed the brief "on or before" March 23, 2015, the filing

deadline.  More than ten days have passed, however, and the brief has yet to be received.  *See*

TEX. R. APP. P. 9.2(b).  Because the brief has not been received and a copy of the supplemental

clerk's record is just now being mailed to appellant, we extend the briefing deadline and

**ORDER** appellant to file his amended brief no later than May 6, 2015.

/s/     CRAIG STODDART
JUSTICE